# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NEUROCARE INSTITUTE OF
CENTRAL FLORIDA, P.A.,**

        **Plaintiff,**

**v.**                                  **Case No:   6:13-cv-1229-Orl-31DAB**

**MULTI RADIANCE MEDICAL,
HEALTHCARE NETWORKS OF
AMERICA, LLC., SHERRY
KRUEGER and JOHN DOES 1-12,**

        **Defendants.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Joint Stipulation and Notice of Dismissal (Doc. 42), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed without prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on February 6, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties